UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DEREK SHORT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SPRINGFIELD TERMINAL )<br>RAILWAY COMPANY, )<br>)<br>Defendant ) | CIVIL DOCKET #2:16-CV-0074 |

## STIPULATION OF DISMISSAL

Plaintiff Derek Short and Defendant Springfield Terminal Railway Company, by and through their respective undersigned counsel, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of any and all claims in the above matter, with prejudice and without costs or an award of attorney fees to either party.

DATED:  May 2, 2018                 /s/David S. Sherman
                                    David S. Sherman, Jr., Esq.
                                    Attorney for Plaintiff Derek Short
                                    DRUMMOND WOODSUM &
                                    MACMAHON
                                    84 Marginal Way, Suite 600
                                    Portland, ME 04101
                                    (207) 253-0519
                                    dsherman@dwmlaw.com

DATED:  May 1, 2018                 /s/Marc Wietzke
                                    Marc Weitzke, Esq.
                                    Attorney for Plaintiff Derek Short
                                    FLYNN & WIETZKE, P.C.
                                    1205 Franklin Avenue, Suite 370
                                    Garden City, N.Y.  11530
                                    (516) 877-1177
                                    mweitzke@felaattorney.com

{EP - 02735008 - v1 }

DATED:   April 30, 2018     /s/Glen L. Porter
Glen L. Porter, Esq.
Attorney for Springfield Terminal
Railway Company
EATON PEABODY
80 Exchange Street, PO Box 1210
Bangor, Maine  04402-1210
(207) 947-01121
gporter@eatonpeabody.com

{EP - 02735008 - v1 }